## GROSS et al. v. STATE.
### No. 13643.

Court of Criminal Appeals of Texas.
June 4, 1930.

A. A. Dawson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Appellants were jointly indicted for the unlawful manufacture of intoxicating liquor. Appellant Gross entered a plea of guilty, and appellant Grant a plea of not guilty. The jury returned a verdict on their respective pleas finding each of appellants guilty, and assessing their punishment at one year in the penitentiary.

The record here is without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.